IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILEY ZACHARY CARROLL**                                                      **PLAINTIFF**

**v.**                                                              **No. 4:21CV106-RP**

**STATE OF MISSISSIPPI, ET AL.**                                     **DEFENDANTS**

**ORDER *DISMISSING* PLAINTIFF'S MOTION
FOR VOLUNTARY DISMISSAL AS MOOT**

This matter comes before the court on the motion [18] by the plaintiff for voluntary dismissal. The plaintiff has previously filed a notice of voluntary dismissal under under Fed. R. Civ. P. 41(1)(A)(i), and the court dismissed this case without prejudice. As such, the instant motion [18] is **DISMISSED** as moot.

**SO ORDERED**, this, the 14th day of June, 2022.

                                                             /s/ Roy Percy
                                                             UNITED STATES MAGISTRATE JUDGE